# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRITTON BRYANT, individually and on behalf of all others similarly situated,** *Plaintiff,*  v.  **BRUCE PACKING COMPANY INC.,** *Defendant.* | **CIVIL ACTION NO. 24-05636** |

## ORDER RE: MOTION TO DISMISS

**AND NOW**, this 12th day of February, 2025, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF 13) is **GRANTED**. This case is hereby transferred from this Court to the United States District Court for the Eastern District of Oklahoma. The Clerk of the Court shall close this case and transmit to the clerk of the United States District Court for the Eastern District of Oklahoma a certified copy of this Order and all the pleadings filed with this Court.

BY THE COURT:

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON, J.**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 24\24-5636 Bryant v Bruce Packing Co\24-5636 Order on Motion to Dismiss.docx